1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   WENDELL HARRISON,                          CASE NO. CV-F-03-5005 AWI SMS HC

12                    Petitioner,               ORDER DIRECTING RESPONDENT TO
                                                SUBMIT SUPPLEMENTAL ANSWER
13        vs.                                   ADDRESSING CLAIM SIX OF
                                                THE PETITION
14   YARBOROUGH,

15                    Respondent.
                                           /
16

17        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant

18   to 28 U.S.C. § 2254.

19        Petitioner filed the instant petition for writ of habeas corpus on January 3, 2003, and the petition

20   is now ready for the court's review after briefing by parties.  However, in reviewing Respondent's

21   answer, Respondent did not address Claim Six, in which he alleges that the trial court neglected its duty

22   to investigate the allegation of juror misconduct and improperly denied the motion for a new trial.[1]

23        Accordingly, it is HEREBY ORDERED that:

24        1.        Within thirty (30) days from the date of service of this order, Respondent shall file a

25                  supplemental answer addressing Claim Six raised in the petition; and

26   ///

27
_____
28        [1]  In his traverse, Petitioner recognizes that Respondent did not address this claim.

                                               1

1          2.          Within thirty (30) days from the date that Respondent's supplemental answer is filed,

2                 Petitioner may file a supplemental traverse.

3

4    IT IS SO ORDERED.

5    **Dated:    May 12, 2005**                              **/s/ Sandra M. Snyder**
     icido3                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28