IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL HARRISON,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>YARBOROUGH,<br><br>　　　　　　Respondent.<br>_____/ | CASE NO. CV-F-03-5005 AWI SMS HC<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH COURT ORDER<br><br>[Doc. 18] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 13, 2005, this Court ordered Respondent to submit a supplemental answer addressing Claim Six of the petition within thirty days of the order's date of service.  Over thirty (30) days have passed and no response has been filed.  Review of the certificate of service reveals that Respondent was served with this order at the appropriate address.

　　　　Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

　　　　Accordingly, it is HEREBY ORDERED within twenty (20) days of service of this order, to SHOW CAUSE why appropriate sanctions should not be imposed for failing to obey a court order.

1

iIT IS SO ORDERED.

**Dated:    June 28, 2005**                    **/s/ Sandra M. Snyder**
icido3                                         UNITED STATES MAGISTRATE JUDGE